B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jones, Ray A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Jones, Dawn M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4096** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9662** |
| Street Address of Debtor (No. and Street, City, and State):<br>**16403 S. Arbor Drive**<br>**Plainfield, IL**                ZIP Code **60586** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**16403 S. Arbor Drive**<br>**Plainfield, IL**                ZIP Code **60586** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

☐ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jones, Ray A.**<br>**Jones, Dawn M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Christine R. Piesiecki          September 20, 2010**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Christine R. Piesiecki** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jones, Ray A.**<br>**Jones, Dawn M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Ray A. Jones**
Signature of Debtor  **Ray A. Jones**

**X**  **/s/ Dawn M Jones**
Signature of Joint Debtor **Dawn M Jones**

Telephone Number (If not represented by attorney)

**September 20, 2010**
Date

### Signature of Attorney*

**X**  **/s/ Christine R. Piesiecki**
Signature of Attorney for Debtor(s)

**Christine R. Piesiecki 6196644**
Printed Name of Attorney for Debtor(s)

**Christine R. Piesiecki**
Firm Name

**9800 S. Roberts Rd., Suite 205**
**Palos Hills, IL 60465**

Address

**Email: polskadwokat@aol.com**
**708-233-6833 Fax: 708-233-6834**
Telephone Number

**September 20, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ray A. Jones**
**Dawn M Jones**

Debtor(s)

Case No. _____

Chapter  **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Ray A. Jones**

                     **Ray A. Jones**

Date:   **September 20, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Ray A. Jones**
      **Dawn M Jones** _____   Case No. _____
                              Debtor(s)          Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Dawn M Jones**
                     **Dawn M Jones**

Date:  **September 20, 2010**

B6A (Official Form 6A) (12/07)

.

In re   **Ray A. Jones,**
         **Dawn M Jones**

Case No. _____

Debtors,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **16403 S. Arbor Drive, Plainfield, IL 60586** | | **J** | **290,000.00** | **317,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **290,000.00** | (Total of this page) |
| Total > | **290,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Ray A. Jones,**
       **Dawn M Jones**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **mortgage** | | | | | |
| **Lisle Savings Bank** **1450 Maple Avenue** **Lisle, IL 60532** | | J | **16403 S. Arbor Drive, Plainfield, IL 60586** | | | | | |
| | | | Value $        **290,000.00** | | | | **317,000.00** | **27,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| __0__  continuation sheets attached | | | | | Subtotal (Total of this page) | | **317,000.00** | **27,000.00** |
| | | | | | Total (Report on Summary of Schedules) | | **317,000.00** | **27,000.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10)

.

In re    **Ray A. Jones,**                                                Case No. _____
**Dawn M Jones**

_____ ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**___ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Ray A. Jones,**
**Dawn M Jones**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **NM1708575** <br><br> **A unit of Rockford Mercantile Agency** <br> **P.O. Box 6264** <br> **Rockford, IL 61125-1264** | | | J | | | | | 292.04 |
| Account No. 3534-065229 <br><br> **AARGON Collection Agency** <br> **3025 West Sahara Avenue** <br> **Las Vegas, NV 89102-6094** | | | J | | | | | 425.19 |
| Account No. 539442418 <br><br> **Advocate Christ Med. Center** <br> **4440 W. 95th Street** <br> **Oak Lawn, IL 60453** | | | J | medical bill | | | | 443.20 |
| Account No. 535909360 <br><br> **Advocate Christ Medical Center** <br> **PO Box 70508** <br> **Chicago, IL 60673-0508** | | | J | medical bill | | | | 749.00 |
| __22__ continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 1,909.43 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
      **Dawn M Jones**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **536112892** <br><br> **Advocate Christ Medical Center** <br> **PO Box 70508** <br> **Chicago, IL 60673-0508** | | J | | medical bill | | | | 638.86 |
| Account No. **119636645** <br><br> **Advocate Good Samaritan Hospital** <br> **3815 Highland Avenue** <br> **Downers Grove, IL 60515** | | J | | medical bill | | | | 17.57 |
| Account No. <br><br> **American Classic Homes, Inc.** <br> **145 New England Place #200** <br> **Stillwater, MN 55082** | | J | | | | | | 3,500.00 |
| Account No. <br><br> **American Sale Cllection Department** <br> **8401 West 185th Street** <br> **Tinley Park, IL 60487** | | J | | dishonored personal check | | | | 213.75 |
| Account No. <br><br> **American Sale Collection Department** <br> **8401 West 185th Street** <br> **Tinley Park, IL 60487** | | J | | dishonored personal check | | | | 60.71 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,430.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Ray A. Jones,**
　　　　**Dawn M Jones**                                                              Case No. _____
_____ ,
　　　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | J | pet's expenses | | | | |
| **Animal Medical Center** **16200 S. La Grange Road** **Orland Park, IL 60467** | | | | | | | | 388.00 |
| Account No.  **F024703043** | | | J | medical bill | | | | |
| **Associated Radiologists of Joliet** **39069 Treasury Center** **Chicago, IL 60694** | | | | | | | | 11.38 |
| Account No.  **7084294947797** | | | J | utility | | | | |
| **AT& T Mobility** **P.O. Box 6428** **Carol Stream, IL 60197-6428** | | | | | | | | 99.22 |
| Account No.  **374494** | | | J | medical bill | | | | |
| **Berkeley HeartLab Inc.** **839 Mitien Road** **Burlingame, CA 94010** | | | | | | | | 125.00 |
| Account No.  **43721698** | | | W | | | | | |
| **Capital Management Services, LP** **726 Exchange St. #700** **Buffalo, NY 14210** | | | | | | | | 551.54 |

Sheet no.  __2___ of  __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,175.14

B6F (Official Form 6F) (12/07) - Cont.

In re **Ray A. Jones,**
   **Dawn M Jones**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PROF1730**<br><br>**Central Portfolio Control**<br>**6640 Shady Oak Road**<br>**Unit 300**<br>**Eden Prairie, MN 55344-7710** | | J | dishonored personal check-1002 | | | | 1,426.77 |
| Account No.<br><br>**Certegy Payment Recovery Services,**<br>**3500 5th Street**<br>**Northport, AL 35476** | | J | dishonored personal check-1011 | | | | 65.69 |
| Account No. **9027406527**<br><br>**Chicago Dept. of Revenue**<br>**A/R Division-Revenue Recovery Unit**<br>**P.O. Box A3542**<br>**Chicago, IL 60690-3542** | | J | | | | | 94.00 |
| Account No. **5722635**<br><br>**ClearCheck Inc.**<br>**PO Box 12208**<br>**Greenville, SC 29612** | | H | | | | | 380.25 |
| Account No. **1222517018**<br><br>**Com Ed**<br>**Attn.: Credit Dept.**<br>**2100 Swift Dr.**<br>**Oak Brook, IL 60523** | | J | | | | | 45.00 |

Sheet no. __3__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,011.71

B6F (Official Form 6F) (12/07) - Cont.

In re **Ray A. Jones,**
       **Dawn M Jones**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **8798201630175852** | | J | **utility** | | | | |
| **Comcast 1711 E. Wilson Street Batavia, IL 60510-1470** | | | | | | | 301.23 |
| Account No. **373935** | | J | | | | | |
| **Computer Collection Service Corp. 5340 N. Clark Street Chicago, IL 60640** | | | | | | | 125.00 |
| Account No. **373935** | | W | **Womens Workout World - Club 21** | | | | |
| **Computer Collection Services Corp. 5340 N. Clark Street Chicago, IL 60640** | | | | | | | 1,225.00 |
| Account No. **5487-7500-0023-2075** | | J | | | | | |
| **Continental Finance P.O. Box 8099 Newark, DE 19714-8099** | | | | | | | 600.00 |
| Account No. **5487 7500 0026 0001** | | J | | | | | |
| **Continental Finance P.O. Box 8099 Newark, DE 19714-8099** | | | | | | | 700.00 |

Sheet no. __4___ of _22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,951.23

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
       **Dawn M Jones**
                                                                Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CIL26121281-0000** | | H | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| **Cook County State's Attorney Bad Check Restitution Program P.O. Box A3984 Chicago, IL 60690-3984** | | | | | | | 970.44 |
| Account No. **CIL27277103-0000** | | J | | | | | |
| **Cook County State's Attorney Bad Check Restitution Program P.O. Box A3984 Chicago, IL 60690-3984** | | | | | | | 418.75 |
| Account No. **CIL27277073-0000** | | J | | | | | |
| **Cook County State's Attorney Bad Check Restitution Program P.O. Box A3984 Chicago, IL 60690-3984** | | | | | | | 260.71 |
| Account No. **D26137-D10403** | | H | physical therapy | | | | |
| **Creditors Discount and Audit Co. 415 E. Main Street P.O. Box 213 Streator, IL 61364-0213** | | | | | | | 213.59 |
| Account No. **26218 & 26282** | | J | | | | | |
| **Critical Care Systems 655 W. Grand Avenue, #240 Elmhurst, IL 60126** | | | | | | | 78.40 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **1,941.89**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
     **Dawn M Jones**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **K33214** | | | Dental bill | | | | |
| **Diversified Services Group**<br>**P.O. Box 80185**<br>**Phoenix, AZ 85060-0185** | | H | | | | | 1,642.70 |
| Account No. | | | | | | | |
| **Financial Claims, Inc.**<br>**9757 Juanita Drive NE, Suite 160**<br>**Kirkland, WA 98034** | | J | | | | | 2,384.42 |
| Account No. **4869-5571-2410-1313** | | | | | | | |
| **First Premier Bank**<br>**P.O. Box 5519**<br>**Sioux Falls, SD 57117-5519** | | W | | | | | 488.86 |
| Account No. **0016419916** | | | medical bill | | | | |
| **Florida Hospital**<br>**Patient Financial Service**<br>**P.O. Box 538800**<br>**Orlando, FL 32853** | | J | | | | | 74.97 |
| Account No. | | | repossessed vehicle--auto loan | | | | |
| **Friendly Finance Corporation**<br>**6340 Security Blvd., Ste. 200**<br>**Gwynn Oak, MD 21207** | | J | | | | | 6,000.00 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 10,590.95 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ray A. Jones,**
       **Dawn M Jones**      Case No. _____

                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **825590914879568** <br><br> **GC Services Limited Partnership** <br> **6330 Gulfton** <br> **Houston, TX 77081** | | H | | | | | 145.00 |
| Account No. **07705** <br><br> **Gopal Madhav** <br> **3900 W. 95th Street** <br> **Suite 6** <br> **Evergreen Park, IL 60805** | | J | | | | | 110.00 |
| Account No. **bounced check** <br><br> **Harvard Oaks Enterprises, Inc.** <br> **A Better Resume Services** <br> **7667 W. 95th Street, Suite 307** <br> **Hickory Hills, IL 60457** | | W | | | | | 75.00 |
| Account No. **1818** <br><br> **Home Depot** <br> **P.O. Box 6530000** <br> **Dallas, TX 75265-3000** | | J | dishonored personal check | | | | 32.44 |
| Account No. **1814** <br><br> **Home Depot** <br> **P.O. Box 6530000** <br> **Dallas, TX 75265-3000** | | J | dishonored personal check | | | | 96.35 |

Sheet no. __7__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal        458.79
            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ray A. Jones,**
       **Dawn M Jones**                              Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **X5200178-MD-ST510-999** <br><br> **I. C. System, INC.** <br> **444 Highway 96 East Box 64378** <br> **Saint Paul, MN 55164-0378** | | H | | Tinley Park Disposal | | | | 97.81 |
| Account No. **7158337** <br><br> **ICS** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | H | | medical bill - Christ Hospital | | | | 272.68 |
| Account No. **7172478** <br><br> **ICS** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | | W | medical bill - Loyola University #2112935 | | | | 168.20 |
| Account No. **8902520** <br><br> **ICS** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | | J | medical bill - Advanced Ambulance #2951 | | | | 461.60 |
| Account No. **7121606** <br><br> **ICS** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | | J | medical bill | | | | 25.20 |

Sheet no. __8__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **1,025.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Ray A. Jones,**
    **Dawn M Jones**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6907951** <br><br> **ICS** <br> **PO Box 42926** <br> **Oak Lawn, IL 60454-0646** | | H | medical bill | | | | 75.00 |
| Account No. **10866883** <br><br> **ICS Collection Service** <br> **P.O. Box 1010** <br> **Tinley Park, IL 60477-9110** | | J | medical bill | | | | 443.20 |
| Account No. **VS101137371 & VN100679377** <br><br> **Illinois Tollway** <br> **Attn. Violation Administration Ctr.** <br> **Downers Grove, IL 60515-1703** | | J | | | | | 17,679.05 |
| Account No. **VS101051419 & VN101163023** <br><br> **Illinois Tollway** <br> **Attn. Violation Administration Ctr.** <br> **Downers Grove, IL 60515-1703** | | J | | | | | 700.00 |
| Account No. **XXXX6575** <br><br> **Imagine Card** <br> **P.o.Box. 105341** <br> **Atlanta, GA 30348-5341** | | W | Credit card purchases | | | | 507.22 |

Sheet no. __**9**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,404.47

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
      **Dawn M Jones**
_____,
                                                                Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  **28536**<br><br>**Janus, Patel & M**<br>**7800 S. College Drive**<br>**Palos Heights, IL 60463** | | W | | medical bill | | | | 15.00 |
| Account No.<br><br>**Kenneth R. Mc Evoy**<br>**Attorney At Law**<br>**628 Columbus Street Suite 107**<br>**Ottawa, IL 61350** | | J | | dishonored personal check | | | | 60.00 |
| Account No.  **KG119(IL-232)**<br><br>**King Heating & Air Conditioning**<br>**4813 W.159th St**<br>**Oak Forest, IL 60452** | | W | | | | | | 105.00 |
| Account No.<br><br>**Leonhardt Lalagos, LLC**<br>**P.O. Box 894**<br>**Plainfield, IL 60544** | | J | | | | | | 315.00 |
| Account No.  **J52072160051**<br><br>**Linebarger, Goggan, Blair & Sampson**<br>**PO Box 06152**<br>**Chicago, IL 60606-0152** | | J | | | | | | 400.00 |

Sheet no. __**10**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                895.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
       **Dawn M Jones**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0956** <br><br> **Little Caesar's** <br> **P.O. Box 4777** <br> **Rockford, IL 61110** | | J | | | | | 69.87 |
| Account No. **V00012676336** <br><br> **Little Co. of Mary Hosp.** <br> **2800 W. 95th St.** <br> **Evergreen Park, IL 60805** | | J | medical bill | | | | 75.00 |
| Account No. **V00012276338** <br><br> **Little Co. of Mary Hosp.** <br> **2800 W. 95th St.** <br> **Evergreen Park, IL 60805** | | J | medical bill | | | | 75.00 |
| Account No. <br><br> **Loyola Homecare Infusion Pharmacy** <br> **9608 S. Roberts Road** <br> **Hickory Hills, IL 60457** | | W | 02/06/07 | | | | 390.20 |
| Account No. <br><br> **Loyola Homecare Infusion Pharmacy** <br> **9608 S. Roberts Road** <br> **Hickory Hills, IL 60457** | | W | 05/04/04 | | | | 51.05 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

661.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ray A. Jones,**
           **Dawn M Jones**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Loyola Homecare Infusion Pharmacy** <br>**9608 S. Roberts Road** <br>**Hickory Hills, IL 60457** | | W | **Home Infusion Therapy** | | | | 82.50 |
| Account No. <br><br>**Loyola Homecare Infusion Pharmacy** <br>**9608 S. Roberts Road** <br>**Hickory Hills, IL 60457** | | W | | | | | 176.30 |
| Account No. 135761300042 <br><br>**Loyola Med. Hospital** <br>**2160 S. First Avenue** <br>**Maywood, IL 60153** | | W | **medical bill** | | | | 95.13 |
| Account No. 135761300038 <br><br>**Loyola Med. Hospital** <br>**2160 S. First Avenue** <br>**Maywood, IL 60153** | | W | **medical bill** | | | | 65.88 |
| Account No. 135761300036 <br><br>**Loyola Med. Hospital** <br>**2160 S. First Avenue** <br>**Maywood, IL 60153** | | W | **medical bill** | | | | 22.69 |

Sheet no. __12__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

442.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ray A. Jones,**
        **Dawn M Jones**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5932** <br><br> **Loyola Med. Hospital** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | W | | medical bill | | | | 203.07 |
| Account No. **13576131510-4** <br><br> **Loyola Med. Hospital** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | W | | | | | | 26.94 |
| Account No. **5971** <br><br> **Loyola Med. Hospital** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | W | | | | | | 53.81 |
| Account No. **1357613003-0** <br><br> **Loyola Med. Hospital** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | W | | medical bill | | | | 25.90 |
| Account No. **40321** <br><br> **Loyola Med. Hospital** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | W | | medical bill | | | | 194.47 |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

504.19

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
       **Dawn M Jones**                                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **13576130002-8** | | | | medical bill | | | | |
| **Loyola Med. Hospital** **2160 S. First Avenue** **Maywood, IL 60153** | | W | | | | | | 281.40 |
| Account No. **135761300031** | | | | medical bill | | | | |
| **Loyola Med. Hospital** **2160 S. First Avenue** **Maywood, IL 60153** | | W | | | | | | 7,345.78 |
| Account No. **135761300026** | | | | medical bill | | | | |
| **Loyola Med. Hospital** **2160 S. First Avenue** **Maywood, IL 60153** | | W | | | | | | 88.77 |
| Account No. **13576130001-7** | | | | medical bill | | | | |
| **Loyola Med. Hospital** **2160 S. First Avenue** **Maywood, IL 60153** | | W | | | | | | 93.95 |
| Account No. **1357613** | | | | medical bill | | | | |
| **Loyola Univ. Physician Foundation** **2 Westbrook Corp. Cntr., #600** **Westchester, IL 60154** | | W | | | | | | 4,461.42 |

Sheet no. __**14**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,271.32**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ray A. Jones,**
**Dawn M Jones**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1357613** | | | | medical bill | | | | |
| **Loyola Univ. Physician Foundation** **2 Westbrook Corp. Cntr., #600** **Westchester, IL 60154** | | W | | | | | | 1,178.91 |
| Account No. **L1357613** | | | | | | | | |
| **Loyola University Medical Center** **PO Box 95994** **Chicago, IL 60694-5994** | | W | | | | | | 1,023.65 |
| Account No. **135761300041** | | | | medical bill | | | | |
| **Loyola University Medical Center** **2160 south First Avenue** **Maywood, IL 60153** | | W | | | | | | 389.28 |
| Account No. **135761315203** | | | | | | | | |
| **Loyola University Medical Center** **2160 South First** **Maywood, IL 60153** | | W | | | | | | 86.70 |
| Account No. **13576130002-5** | | | | | | | | |
| **Loyola University Medical Center** **PO Box 95994** **Chicago, IL 60694-5994** | | W | | | | | | 106.14 |

Sheet no. **15** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,784.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
 **Dawn M Jones**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **13576130001-6** **Loyola University Medical Center** **PO Box 95994** **Chicago, IL 60694-5994** | | W | | medical bill | | | | 39.83 |
| Account No. **13576130002-0** **Loyola University Medical Center** **PO Box 95994** **Chicago, IL 60694-5994** | | W | | medical bill | | | | 44.85 |
| Account No. **13576130002-1** **Loyola University Medical Center** **PO Box 95994** **Chicago, IL 60694-5994** | | W | | medical bill | | | | 77.63 |
| Account No. **13576130002-2** **Loyola University Medical Center** **PO Box 95994** **Chicago, IL 60694-5994** | | W | | medical bill | | | | 190.18 |
| Account No. **5235003** **Malcolm Gerald & Assoc.** **332 S. Michigan Ave.** **Suite 600** **Chicago, IL 60604** | | H | | | | | | 815.00 |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,167.49

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ray A. Jones,**
      **Dawn M Jones**
                                             Case No. _____

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **852 7915 297** | | W | | | | | | |
| **MCM** **Dept. 12421** **P.O. Box 603** **Oaks, PA 19456** | | | | | | | | 535.57 |
| Account No. **154-7289** | | J | | medical bill | | | | |
| **Medical Collections Systems** **725 S. Wells Street** **Suite 700** **Chicago, IL 60607** | | | | | | | | 46.60 |
| Account No. **5487-7500-0023-2075** | | J | | | | | | |
| **Mercantile Adjustment Bureau, LLC** **P.O. Box 9016** **Buffalo, NY 14231-9016** | | | | | | | | 832.23 |
| Account No. **FN1273** | | W | | dishonored personal check-1828 | | | | |
| **Metra Ticket Collection** **547 West Jackson Blvd.** **Chicago, IL 60661** | | | | | | | | 145.90 |
| Account No. **861-1-0003286299** | | H | | medical bill | | | | |
| **Midwest Diagnostic Pathology** **75 Remittance Dr., #3070** **Chicago, IL 60675-3070** | | | | | | | | 107.00 |

Sheet no. __**17**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
                              (Total of this page)     1,667.30

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ray A. Jones,**
         **Dawn M Jones**                                              Case No. _____

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Mutual Management Services** **401 East State Street, 2nd Floor** **Rockford, IL 61110** | J | | | | | | | 0.00 |
| Account No. **99PJ6T** | | | | | | | | |
| **National Recoveries, Inc.** **14735 Highway 65 NE Suite 100** **Ham Lake, MN 55304-4886** | J | | | | | | | 3,390.00 |
| Account No. **L1357613** | | | | | | | | |
| **Nationwide Credit & Collection, Inc** **815 Commerce Drive** **Suite 100** **Oak Brook, IL 60523** | J | | | | | | | 65.88 |
| Account No. **43-32-35-3000 6** | | | | | | | | |
| **NICOR, Attn.: Bankruptcy** **PO Box 190** **Aurora, IL 60507** | J | | | | | | | 1,400.00 |
| Account No. | | Kristin Jones | | | | | | |
| **One to One Learning Center** **778 Frontage Road Suite 108** **Winnetka, IL 60093-1209** | J | | | | | | | 300.00 |

Sheet no. __18__ of __22__ sheets attached to Schedule of                Subtotal          5,155.88
Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Ray A. Jones,**
       **Dawn M Jones**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **P-217986** | | | | Expired or No Valid Registration Displayed | | | | |
| **Orland Park Police Department** **15100 S. Ravina Avenue** **Orland Park, IL 60462** | | H | | | | | | 250.00 |
| Account No. **ILC0499891** | | | | dishonored personal check | | | | |
| **Palmer, Reifler & Associates, P.A.** **1900 Summit Tower Boulv.** **Suite 820** **Orlando, FL 32810** | | J | | | | | | 92.12 |
| Account No. **297836** | | | | | | | | |
| **Professional Recovery Systems, LLC** **720 S. colorado Blvd.** **Suite 700-S** **Glendale, CO 80246** | | J | | | | | | 505.41 |
| Account No. **00227113** | | | | IVC Gemini Admin Set-prscription | | | | |
| **Progressive Medical, INC.** **11085 Gravois Industrial Court** **Saint Louis, MO 63128** | | H | | | | | | 130.00 |
| Account No. **204198** | | | | medical bill | | | | |
| **Pulmonary and Critical Care** **700 E. Ogden Avenue # 205** **Westmont, IL 60559-1296** | | H | | | | | | 115.27 |

Sheet no. __19__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,092.80

B6F (Official Form 6F) (12/07) - Cont.

In re    **Ray A. Jones,**
      **Dawn M Jones**
                                                   ,
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | W | | dishonored personal check-1811 | | | | |
| **Quick Recovery, Inc.** **P.O.Box 7003** **Americus, GA 31709** | | | | | | | | 299.22 |
| Account No. **#667** | | W | | medical bill | | | | |
| **ReliaCare Ltd.** **6900 Main Street Suite 130** **Downers Grove, IL 60516** | | | | | | | | 34.56 |
| Account No. | | J | | dishonored personal check-1721 | | | | |
| **Rent A Tent** **17031 Robinhood Drive** **Orland Park, IL 60462-5758** | | | | | | | | 315.00 |
| Account No. 154-7289 | | W | | medical bill -  Parkview Orthopedic Group, SC | | | | |
| **Robert P. Mostovich** **725 South Wells Street** **Suite 510** **Chicago, IL 60607** | | | | | | | | 46.60 |
| Account No. JO0013 | | H | | medical bill | | | | |
| **Sheryl Leipold, D.D.S., P.C.** **15927 South Bell Road** **Homer Glen, IL 60491** | | | | | | | | 303.60 |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

998.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ray A. Jones,**
        **Dawn M Jones**
_____,
                            Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F024703043** <br><br> **Silver Cross Hospital** <br> **P.O. Box 739** <br> **Moline, IL 61266-0739** | | W | medical bill | | | | 100.00 |
| Account No. <br><br> **St. James Hospital & Health Centers** <br> **Emergency Medical Services** <br> **1423 Chicago Road** <br> **Chicago Heights, IL 60411** | | J | medical bill | | | | 417.50 |
| Account No. **412691** <br><br> **Titan Billing Systems** <br> **2937 Veneman Avenue #A220** <br> **Modesto, CA 95356** | | W | | | | | 215.64 |
| Account No. **T05011801** <br><br> **Trace Ambulance Inc.** <br> **8400 West 183rd Place** <br> **Tinley Park, IL 60487** | | H | medical bill | | | | 150.00 |
| Account No. **800852769-02** <br><br> **Tuition Management Systems** <br> **171 Service Avenue #200** <br> **Warwick, RI 02886** | | J | | | | | 90.00 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**973.14**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Ray A. Jones,**
     **Dawn M Jones**
                                             ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **005456-001** | | | | | | | | |
| **Village Of Tinley Park** **16250 S. Oak Park Avenue** **Tinley Park, IL 60477-1628** | | H | | | | | | 500.00 |
| Account No. **364958** | | | | medical bill | | | | |
| **Vision Financial Service** **P.O. Box 1768** **La Porte, IN 46352** | | J | | | | | | 100.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 600.00 |
| Total (Report on Summary of Schedules) | 75,114.39 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re    **Ray A. Jones,**
       **Dawn M Jones**

Case No. _____

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

.

In re   **Ray A. Jones,**
      **Dawn M Jones**

Case No. _____

_____,
                Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ray A. Jones**
      **Dawn M Jones**                                Case No.

                                       Debtor(s)      Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **36**  
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 20, 2010**            Signature    **/s/ Ray A. Jones**
                                                  **Ray A. Jones**
                                                  Debtor

Date   **September 20, 2010**            Signature    **/s/ Dawn M Jones**
                                                  **Dawn M Jones**
                                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                             Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Ray A. Jones**
**Dawn M Jones**
_____
Debtor(s)

Case No. _____
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Lisle Savings Bank** | **Describe Property Securing Debt:**<br>**16403 S. Arbor Drive, Plainfield, IL 60586** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **September 20, 2010**          Signature **/s/ Ray A. Jones**
                                              **Ray A. Jones**
                                              Debtor

Date **September 20, 2010**          Signature **/s/ Dawn M Jones**
                                              **Dawn M Jones**
                                              Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **Ray A. Jones**
**Dawn M Jones**
_____
Debtor(s)

Case No. _____
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|                                                          |    |          |
|----------------------------------------------------------|----|----------|
| For legal services, I have agreed to accept              | $  | 1,300.00 |
| Prior to the filing of this statement I have received    | $  | 1,300.00 |
| Balance Due                                              | $  | 0.00     |

2.   The source of the compensation paid to me was:

  ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

  ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 20, 2010**
_____

**/s/ Christine R. Piesiecki**
**Christine R. Piesiecki**
**Christine R. Piesiecki**
**9800 S. Roberts Rd., Suite 205**
**Palos Hills, IL 60465**
**708-233-6833  Fax: 708-233-6834**
**polskadwokat@aol.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Ray A. Jones**
       **Dawn M Jones**                         Case No.

                                     Debtor(s)        Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Ray A. Jones** | | |
|---|---|---|
| **Dawn M Jones** | X **/s/ Ray A. Jones** | **September 20, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| | X **/s/ Dawn M Jones** | **September 20, 2010** |
| Case No. (if known) | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re **Ray A. Jones**
**Dawn M Jones**
_____
Debtor(s)

Case No. _____
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **123**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 20, 2010**
_____

**/s/ Ray A. Jones**
_____
**Ray A. Jones**
Signature of Debtor

Date: **September 20, 2010**
_____

**/s/ Dawn M Jones**
_____
**Dawn M Jones**
Signature of Debtor

Nu Way/Tinley Park Disposal
P.O. Box 9
Mokena, IL 60448


A unit of Rockford Mercantile
Agency
P.O. Box 6264
Rockford, IL 61125-1264


AARGON Collection Agency
3025 West Sahara Avenue
Las Vegas, NV 89102-6094


Advocate Christ Med. Center
4440 W. 95th Street
Oak Lawn, IL 60453


Advocate Christ Medical Center
PO Box 70508
Chicago, IL 60673-0508


Advocate Good Samaritan Hospital
3815 Highland Avenue
Downers Grove, IL 60515


Afni Inc.
404 Brock Drive
P.O. Box 3517
Bloomington, IL 61702-3517


American Classic Homes, Inc.
145 New England Place #200
Stillwater, MN 55082


American Sale
Attn. Billing
8401 W. 185th Street
Tinley Park, IL 60487


American Sale Cllection Department
8401 West 185th Street
Tinley Park, IL 60487

American Sale Collection Department
8401 West 185th Street
Tinley Park, IL 60487


Animal Medical Center
16200 S. La Grange Road
Orland Park, IL 60467


Arrow Financial Services
5996 W. Touhy Avenue
Niles, IL 60714


Associated Radiologists of Joliet
39069 Treasury Center
Chicago, IL 60694


AT& T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6428


Bennett & Delaney
PO Box 190
Midvale, UT 84047-0190


Bennett & DeLoney P.C.
1265 E.Fort Union Blvd. Suite 150
Salt Lake City, UT 84047-1808


Berkeley HeartLab Inc.
839 Mitien Road
Burlingame, CA 94010


Brother Rice High School
Tuition Billing
10001 S. Pulaski
Chicago, IL 60655


Capital Management Services, LP
726 Exchange St. #700
Buffalo, NY 14210


CBE Group
131 Tower Park Drive
Suite 100
Waterloo, IA 50701

Central Portfolio Control
6640 Shady Oak Road
Unit 300
Eden Prairie, MN 55344-7710


Certegy Payment Recovery Services,
3500 5th Street
Northport, AL 35476


Chicago Dept. of Revenue
A/R Division-Revenue Recovery Unit
P.O. Box A3542
Chicago, IL 60690-3542


Christ Hospital
4440 W. 95 Street
Oak Lawn, IL 60453


Chysler Financial
P.O. Box 9001921
Louisville, KY 40290-1921


ClearCheck Inc.
PO Box 12208
Greenville, SC 29612


Collection Company of America
700 Longwater Drive
Norwell, MA 02061


Com Ed
Attn.: Credit Dept.
2100 Swift Dr.
Oak Brook, IL 60523


Comcast
1711 E. Wilson Street
Batavia, IL 60510-1470


Computer Collection Service Corp.
5340 N. Clark Street
Chicago, IL 60640

Computer Collection Services Corp.
5340 N. Clark Street
Chicago, IL 60640


Continental Finance
P.O. Box 8099
Newark, DE 19714-8099


Cook County State's Attorney
Bad Check Restitution Program
P.O. Box A3984
Chicago, IL 60690-3984


Country Financial
P.O. Box 2100
Bloomington, IL 61702


Credit Management
4200 International
Carrollton, TX 75007


Credit Protection Association
13355 Noel Rd.
Dallas, TX 75240


Creditors Discount and Audit Co.
415 E. Main Street
P.O. Box 213
Streator, IL 61364-0213


Critical Care Systems
655 W. Grand Avenue, #240
Elmhurst, IL 60126


Dish Network
Dept. 0063
Palatine, IL 60055


Diversified Services Group
P.O. Box 80185
Phoenix, AZ 85060-0185


Financial Claims, Inc.
9757 Juanita Drive NE, Suite 160
Kirkland, WA 98034

First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519


Florida Hospital
Patient Financial Service
P.O. Box 538800
Orlando, FL 32853


Friendly Finance Corporation
6340 Security Blvd., Ste. 200
Gwynn Oak, MD 21207


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Gopal Madhav
3900 W. 95th Street
Suite 6
Evergreen Park, IL 60805


Harvard Oaks Enterprises, Inc.
A Better Resume Services
7667 W. 95th Street, Suite 307
Hickory Hills, IL 60457


Home Depot
P.O. Box 6530000
Dallas, TX 75265-3000


HR Imaging Partners


I. C. System, INC.
444 Highway 96 East Box 64378
Saint Paul, MN 55164-0378


ICS
PO Box 646
Oak Lawn, IL 60454-0646


ICS
PO Box 42926
Oak Lawn, IL 60454-0646

ICS Collection Service
P.O. Box 1010
Tinley Park, IL 60477-9110


Illinois Tollway
Attn. Violation Administration Ctr.
Downers Grove, IL 60515-1703


Imagine Card
P.o.Box. 105341
Atlanta, GA 30348-5341


Janus, Patel & M
7800 S. College Drive
Palos Heights, IL 60463


Jolas & Associates, LLP
202 1st Street NW
P.O. Box 4000
Mason City, IA 50401


K.B. Merrill Associates, LLC
2209 Commerce Road
Forest Hill, MD 21050


Kenneth R. Mc Evoy
Attorney At Law
628 Columbus Street Suite 107
Ottawa, IL 61350


King Heating & Air Conditioning
4813 W.159th St
Oak Forest, IL 60452


Leonhardt Lalagos, LLC
P.O. Box 894
Plainfield, IL 60544


Lewis University


Linebarger, Goggan, Blair & Sampson
PO Box 06152
Chicago, IL 60606-0152

Lisle Savings Bank
1450 Maple Avenue
Lisle, IL 60532


Little Caesar's
P.O. Box 4777
Rockford, IL 61110


Little Co. of Mary Hosp.
2800 W. 95th St.
Evergreen Park, IL 60805


Loyola Homecare Infusion Pharmacy
9608 S. Roberts Road
Hickory Hills, IL 60457


Loyola Med. Hospital
2160 S. First Avenue
Maywood, IL 60153


Loyola Univ. Physician Foundation
2 Westbrook Corp. Cntr., #600
Westchester, IL 60154


Loyola University Medical Center
PO Box 95994
Chicago, IL 60694-5994


Loyola University Medical Center
2160 south First Avenue
Maywood, IL 60153


Loyola University Medical Center
2160 South First
Maywood, IL 60153


Loyola University of Chicago
6525 N. Sheridan Road
Chicago, IL 60626


Main Street Acquisition
3950 Johns Creek Court
Suwanee, GA 30024

Malcolm Gerald & Assoc.
332 S. Michigan Ave.
Suite 600
Chicago, IL 60604


Market Day


Master Card
P.O. Box 88000
Baltimore, MD 21288-0001


MCM
Dept. 12421
P.O. Box 603
Oaks, PA 19456


Medical Collections Systems
725 S. Wells Street
Suite 700
Chicago, IL 60607


Mercantile Adjustment Bureau, LLC
P.O. Box 9016
Buffalo, NY 14231-9016


Metra Ticket Collection
547 West Jackson Blvd.
Chicago, IL 60661


Midwest Diagnostic Pathology
75 Remittance Dr., #3070
Chicago, IL 60675-3070


MRS
3 Executive Campus, Ste. 400
Cherry Hill, NJ 08002


Municipal Collection Services, Inc.
P.O. Box 666
Lansing, IL 60438-0666


Mutual Management Services
401 East State Street, 2nd Floor
Rockford, IL 61110

National Recoveries, Inc.
14735 Highway 65 NE Suite 100
Ham Lake, MN 55304-4886


Nationwide Credit & Colection, Inc.
9919 Roosevelt Road
Westchester, IL 60154


Nationwide Credit & Collection, Inc
815 Commerce Drive
Suite 100
Oak Brook, IL 60523


NCO Financial Systems, Inc.
605 W. Edison Road
Suite K
Mishawaka, IN 46545


NICOR, Attn.: Bankruptcy
PO Box 190
Aurora, IL 60507


O'Donnell Dental Group


OCCU SPORT Physical Therapy
P.O. Box 2427
Orland Park, IL 60462


Office Max


One to One Learning Center
778 Frontage Road Suite 108
Winnetka, IL 60093-1209


Orland Park Police Department
15100 S. Ravina Avenue
Orland Park, IL 60462


Palmer, Reifler & Associates, P.A.
1900 Summit Tower Boulv.
Suite 820
Orlando, FL 32810

Parakview Orthopaedic Group, S.C.
7600 W. College Drive
Palos Heights, IL 60463


Parkview Orthopaedic
7600 College Dr.
Palos Heights, IL 60463


Pets Mart


Premier Credit Corporation
2773 Remicio Street SW
Wyoming, MI 49519


Professional Recovery Systems, LLC
720 S. colorado Blvd.
Suite 700-S
Glendale, CO 80246


Progressive Medical, INC.
11085 Gravois Industrial Court
Saint Louis, MO 63128


Pulmonary and Critical Care
700 E. Ogden Avenue # 205
Westmont, IL 60559-1296


Quick Recovery, Inc.
P.O.Box 7003
Americus, GA 31709


ReliaCare Ltd.
6900 Main Street Suite 130
Downers Grove, IL 60516


Rent A Tent
17031 Robinhood Drive
Orland Park, IL 60462-5758


Riverwalk Holding. LLC

Robert P. Mostovich
725 South Wells Street
Suite 510
Chicago, IL 60607


Sheryl Leipold, D.D.S., P.C.
15927 South Bell Road
Homer Glen, IL 60491


Silver Cross Hospital
P.O. Box 739
Moline, IL 61266-0739


Southwest Credit
5910 W. Plano Parkway
Suite 100
Plano, TX 75093


St. James Hospital & Health Centers
Emergency Medical Services
1423 Chicago Road
Chicago Heights, IL 60411


Titan Billing Systems
2937 Veneman Avenue #A220
Modesto, CA 95356


Trace Ambulance Inc.
8400 West 183rd Place
Tinley Park, IL 60487


Tuition Management Systems
171 Service Avenue #200
Warwick, RI 02886


Van Ru Credit Corporation
8550 Ulmerton Road, Suite 225
Largo, FL 33771-5351


Village Of Tinley Park
16250 S. Oak Park Avenue
Tinley Park, IL 60477-1628

```
Vision Financial Service
P.O. Box 1768
La Porte, IN 46352


West Asset Management
1000 F NO Travis Street
Sherman, TX 75090


Whole Food Market


Womens Workout World-Club


Xpresschex
```